No. 1747, Misc. MILLER ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1757, Misc. HUGGINS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Richard Steel* for petitioner. *Frank S. Hogan* for respondent.

No. 1760, Misc. PENDERGRAST *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Milton A. Kallis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States. 

No. 1761, Misc. HOLLICK *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1764, Misc. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Terence F. MacCarthy* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States. 

No. 1765, Misc. DeLEVAY *v.* REYNOLDS, ACTING COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1766, Misc. SCHNITZLER *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. 

No. 1774, Misc. PING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Dan Johnston* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.